UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

                                CASE NO.: 15-17930-RBR

THOMAS R. NARDONE
LORI NARDONE

                                CHAPTER: 13

        Debtor(s).
_____/

**PRELIMINARY RESPONSE TO DEBTOR'S MOTION TO VALUE**
*423 34th Street, West Palm Beach, FL 33407*

     **COMES NOW**, CALIBER HOME LOANS, INC. SERVICER FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR VOLT NPL IX ASSET HOLDINGS TRUST ("Secured Creditor"), by and through its undersigned counsel, as and for its Preliminary Response to Debtor(s)' Motion to Value, and in support states as follows:

1. On April 30, 2015, Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code.

2. Secured Creditor holds a security interest in Debtors' non-exempt real property, located at *423 34th Street, West Palm Beach, FL 33407*, legally described as:

   LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF LOT 21, BLOCK 6, NORTHWOOD ADDITION TO WEST PALM BEACH PLAT NO. 1, according to the plat thereof, recorded in Plat Book 8, Page 47, of the Public Records of Palm Beach County, Florida

3. The subject property is secured by virtue of a Promissory Note and Mortgage dated December 14, 2004 in the amount of $300,000.00, recorded in the Public Records of Palm Beach, FL in Book 17917 at Page 0892.

4. The aforementioned Mortgage gives Secured Creditor a First mortgage position on the subject property.

5. On or about September 29, 2015, Debtor filed a Motion to Value [d.e. #42].

6. Debtor is seeking to value the property at $267,000.00.

7. Secured Creditor agreed to Debtor's value of $267,000.00 to be repaid at 5.25% interest.

15-40478B

8. In the alternative, Secured Creditor requests an opportunity to obtain a complete and proper appraisal of the subject property.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the SOUTHERN District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

Dated: November 4, 2015

        Respectfully submitted,

        /s/ BRIAN L. ROSALER

**BRIAN L. ROSALER**
Florida Bar No.: 0174882
**POPKIN & ROSALER, P.A.**
Attorney for Secured Creditor
1701 West Hillsboro Boulevard, Ste 400
Deerfield Beach, FL  33442
Telephone: (954) 360-9030
Facsimile: (954) 420-5187
Email: bankruptcy@popkinrosaler.com

15-40478B

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the below service list, this this   4   day of   November  ,  2015 .

Thomas R. Nardone
Lori Nardone
6436 NW 71 Terr
Pompano Beach, FL 33067

Lori Nardone
6436 NW 71 Terr
Pompano Beach, FL 33067

Adam I Skolnik, Esq.
Law Office of Adam I. Skolnik, P.A.
1761 W Hillsboro Blvd. #201
Deerfield Beach, FL 33442

Trustee
Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

        By:     /s/ BRIAN L. ROSALER
            **BRIAN L. ROSALER**
            Florida Bar No.: 0174882

15-40478B