

**ORDERED in the Southern District of Florida on January 27, 2016.**

_____
Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.:    15-17930-RBR |
| | In proceedings under   Chapter 13 |
| THOMAS R. NARDONE, | |
| and LORI NARDONE, | |
| Debtors. | |
| _____/ | |

**AGREED
ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF
LIEN ON REAL PROPERTY HELD BY <u>CALIBER HOME LOANS (7650)</u>
423 34th St., West Palm Beach, Florida 33407**

THIS CASE came to be heard on <u>January 14, 2016</u> on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 42); the "Motion"). Based upon the debtor's assertions made in support of the Motion, and upon Agreement of the Parties, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A.   The value of the debtor's real property (the "Real Property") located at **423 34th St., West Palm Beach, Florida 33407**, and more particularly described as follows:

**Lot 21, Block 6 of NORTHWOOD ADDITION TO WEST PALM BEACH PLAT No. 1, according to the Plat thereof, as recorded in Plat Book 8, Page(s) 47, of the Public Records of Palm Beach County, FL.**

$**196,000.00** at the time of the filing of this case.

B.   The total of all claims secured by liens on the Real Property senior to the lien of **CALIBER HOME LOANS (7650)** (the "Lender") is $0.00.

C.   The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $196,000.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.   The Motion is **GRANTED**.

2.   Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender.

3.   First payment shall commence directly to the Lender on February 1, 2016, and shall be due on the first of every month thereafter until paid in full.

4.   The loan shall modified to a principal amount due of $196,000.00, bearing an interest rate of 4.750% and shall mature on January 1, 2035. Principal and Interest payments shall be $1,266.60 and escrows are currently $771.12, for a total payment due Lender of $2,037.72. Payments shall be sent to: Caliber Home Loans, Inc., PO Box 24330, Oklahoma City, OK 73124.

5.   The principal amount due, interest and maturity date in the note and mortgage (recorded on December 22, 2004, in Official Records Book 17917 at Page 0892 of the public records of Palm Beach County, Florida) are modified to terms above and the remaining provisions of note and mortgage

remain in effect.

6. All payments are to be made outside of the Chapter 13 Plan and Relief from Stay shall be effective upon entry of this Order.

7. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case or, unless the claim is fully paid prior to discharge.

8. If the Debtors fail to make all required payments, and no discharge is entered, the lien shall survive and remain fully enforceable.

9. Further, the valuation under this Order shall not survive dismissal or conversion to any other bankruptcy chapter.

###

**Submitted by:**
Adam I. Skolnik, Esq.
Adam I. Skolnik, P.A.
1761 W. Hillsboro Blvd., Suite 201
Deerfield Beach, Florida 33442
Telephone: 561.265.1120
Facsimile:  561.265.1828
askolnik@skolniklawpa.com

(*Counsel for Debtor shall serve receipt a copy of this Order upon all parties of record and file a certificate of service with this Court.*)